UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS BUNDY,

    Plaintiff,

  v.

MALNOVE INCORPORATED OF UTAH, et al.,

    Defendants.

Case No. 15-cv-03899-MEJ

**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE**

On November 25, 2015, the Court issued a Case Management Order in this case, referring the parties to mediation and setting a dispositive motion filing deadline of June 23, 2016.  Dkt. No. 28.  Although the parties participated in mediation in February 2016, they were unable to informally resolve the matter.  Dkt. No. 34.  Further, neither party filed a dispositive motion by the deadlines.  Accordingly, the Court hereby schedules a Further Case Management Conference on August 11, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.

The parties shall file an updated Joint Case Management Statement by August 4, 2016.  No chambers copy is required.  In addition to the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders, the parties shall indicate whether they wish to extend any deadlines in this case, including mediation and dispositive motion deadlines.  If one or more parties feel it would be beneficial to attend a settlement conference with another magistrate judge, they shall so indicate.

**IT IS SO ORDERED.**

Dated: June 30, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge